# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-03142-TCB
## EarthLink, Inc. v. John Does 1-25 et al
## Honorable Timothy C. Batten

Minute Sheet for proceedings held In Open Court on 08/31/2006.

| | |
|---|---|
| TIME COURT COMMENCED: 10:15 A.M.<br>TIME COURT CONCLUDED: 10:30 A.M.<br>TIME IN COURT: 00:15 | COURT REPORTER: Elise Evans<br>DEPUTY CLERK: Julee Smilley |
| ATTORNEY(S) PRESENT: | Jamie Woodard representing EarthLink, Inc. |
| PROCEEDING CATEGORY: | Bench Trial Began; |
| PLEADINGS FILED IN COURT: | Final Order, Judgment and Permanent Injunction |
| MOTIONS RULED ON: | [28]Motion for Default Judgment GRANTED<br>[28]Motion for Permanent Injunction GRANTED IN PART & DENIED IN PART The Court made specific changes to the proposed order submitted by Plaintiff's counsel. |
| MINUTE TEXT: | Neither Defendant nor defense counsel appeared. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: Plaintiff is awarded $3,880,000 in statutory damages, and the Court trebles that amount ($11,640,000). Atty fees awarded $3,855.12 and lost profits and damage of $776. The Court declines to award punitive damages. Total awarded $11,644,631.12. |
| TRIAL STATUS: | Completed by Jury Verdict |